CAUSE NO. 04-14-00060-CR

| | |
|---|---|
| JOHN M DONOHUE | IN THE COURT OF APPEALS |
| APPELLANT | |
| V | FOURTH COURT OF APPEALS |
| THE STATE OF TEXAS | |
| APPELLEE | SAN ANTONIO, TX |

FILED IN THE COURT OF APPEALS
SAN ANTONIO, TX
2005 MAR -9 PM 1:47

DECLARATION IN SUPPORT OF MOTION TO PROCEED
IN FORMA PAUPERIS

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now, JOHN M. DONOHUE, APPELLANT, PRO SE, AND DECLARES THAT I AM UNABLE TO PAY COURT COSTS IN THIS CAUSE OF ACTION AND REQUESTS LEAVE OF THIS COURT TO PROCEED IN FORMA PAUPERIS, AND WILL SHOW THE COURT THE FOLLOWING:

1. I AM CURRENTLY INCARCERATED IN THE DUNCAN UNIT OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE WHERE I AM NOT PERMITTED TO EARN OR HANDLE MONEY.

2. I HAVE NO SOURCE OF INCOME OR SPOUSAL INCOME.

3. I CURRENTLY HAVE $127.00 CREDITED TO ME IN THE INMATE TRUST FUND.

4. DURING MY INCARCERATION IN TDCJ I HAVE RECIEVED APPROXIMATELY $80.00 PER MONTH IN GIFTS FROM RELATIVES.

5. I NEITHER OWN NOR HAVE INTEREST IN ANY REALTY, STOCKS, BONDS, OR BANK ACCOUNTS AND I RECIEVE NO INTEREST OR DIVIDEND INCOME FROM ANY SOURCE.

6. I HAVE NO DEPENDANTS

(CONT)

(1)

7. I HAVE TOTAL DEBT of $ TBD.

8. I OWE -0- IN RESTITUTION

9. MY MONTHLY EXPENSES ARE APPROXIMATELY $ 300.00

VERIFICATION

I, JOHN M DONOHUE, UNDER PENALTY OF PERJURY, VERIFY AND DECLARE THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON THIS THE 3rd DAY OF FEBRUARY, 2015

John M Donohue, pro se
JOHN M DONOHUE
DUNCAN UNIT 1885003
1502 SOUTH 1st ST
DiBoll, TX 75941

CAUSE NO. 04-14-00060-CR

JOHN M DONOHUE                    § IN THE COURT OF APPEALS

APPELLANT                         §

V                                 § FOURTH COURT OF APPEALS

THE STATE OF TEXAS                §

APELLEE                           § SAN ANTONIO, TX


DECLARATION IN SUPPORT OF MOTION TO PROCEED
IN FORMA PAUPERIS


TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now, JOHN M DONOHUE, APELLANT, PROSE, AND DECLARES THAT I AM UNABLE TO PAY COURT COSTS IN THIS CAUSE OF ACTION AND REQUESTS LEAVE OF THIS COURT TO PROCEED IN FORMA PAUPERIS, AND WILL SHOW THE COURT THE FOLLOWING:

1. I AM CURRENTLY INCARCERATED IN THE DUNCAN UNIT OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE WHERE I AM NOT PERMITTED TO EARN OR HANDLE MONEY.

2. I HAVE NO SOURCE OF INCOME OR SPOUSAL INCOME.

3. I CURRENTLY HAVE $127.00 CREDITED TO ME IN THE INMATE TRUST FUND.

4. DURING MY INCARCERATION IN TDCJ I HAVE RECIEVED APPROXIMATELY $80.00 PER MONTH IN GIFTS FROM RELATIVES.

5. I NEITHER OWN NOR HAVE INTEREST IN ANY REALTY, STOCKS, BONDS, OR BANK ACCOUNTS AND I RECIEVE NO INTEREST OR DIVIDEND INCOME FROM ANY SOURCE.

6. I HAVE NO DEPENDANTS

(CON'T)

(1)

7. I HAVE TOTAL DEBT OF $ TBD.

8. I OWE -0- IN RESTITUTION

9. MY MONTHLY EXPENSES ARE APPROXIMATELY $ 300.00

VERIFICATION

I, JOHN M DONOHUE, UNDER PENALTY OF PERJURY, VERIFY AND DECLARE THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON THIS THE 3RD DAY OF FEBRUARY, 2015

John M Donohue, PRO SE

JOHN M DONOHUE

DUNCAN UNIT 1855023

1532 SOUTH 1ST ST

DiBoll, TX 75941

S. Dwonne 1855073
Duncan Unit
1502 South 1st SS
Diboll, TO 75941

NORTH HOUSTON TX 77

05 MAR 2015 PM 4 L

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TX
2015 MAR -9 PM 1:43
THE CLERK

Fourth Court of Appeals
300 Dolorosa, Ste 3200
San Antonio, TO 78205-3037

Legal Mail

78205303999